ATTACHMENT A

DOCUMENTS RELEASED IN PART*

Supplemental Vaughn Index

| Document | Location & Other Document Identifiers | Document Description | Number of pages | Disposition & Exemption(s) |
|---|---|---|---|---|
| 1 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) Non-Immigrant Information System (NIIS) record – Detail View | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," data processing and computer codes, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system. |
| 2 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) Non-Immigrant Information System (NIIS) record – Detail View | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," inspector numbers, data processing and computer codes, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, inspector identification numbers of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties. |

| 3 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record – Passenger Activity Report | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," printer location and terminal id numbers were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, identifying information of CBP personnel, such as inspector designations was withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties. |
| --- | --- | --- | --- | --- |
| 4 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) Non-Immigrant Information System (NIIS) record – Detail View | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," inspector numbers, data processing and computer codes, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, inspector identification numbers of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties. |
| 5 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) Non-Immigrant Information System (NIIS) record – Detail View | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," inspector numbers, data processing and computer codes, key strokes and function codes of internal agency system were |

3

| | | | | |
|---|---|---|---|---|
| | | | | withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, inspector identification numbers of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties. |
| 6 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record – Passenger Activity Report | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," inspector numbers, data processing and computer codes, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, inspector identification numbers of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties. |
| 7 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record Non-Immigrant Information System (NIIS) record – Archive Detail View | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," data processing and computer codes, key strokes and function codes of internal agency system, tape id. were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system. |
| 8 | Office of Field Operations | Treasury Enforcement Communication | 1 | Information withheld in part pursuant to |

| | | | | |
|---|---|---|---|---|
| | (OFO), U.S. Customs and Border Protection (CBP) Washington DC | System (TECS) record – I-94 Arrival/Departure Display (Detail View) – arrival date 06/01/2003 | | Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," inspector numbers, data processing and computer codes, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, inspector identification numbers of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties. |
| 9 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record – I-94 Arrival/Departure Display (Detail View) – arrival date 09/24/2001 | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency -- under "low 2," inspector numbers, data processing and computer codes, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of the TECS system; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, inspector identification numbers of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties. |
| 10 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record – IO95 Inspection Results (06/01/2003) | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency (both "low 2" – internal matters of a relatively trivial nature and "high 2" – more substantial internal matters, the disclosure of |

| | | | | |
|---|---|---|---|---|
| | | | | which would risk circumvention of a legal requirement) – under "low 2," case and file numbers, data processing and computer codes/fields, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of TECS system; under "high 2," information withheld pertains to instructions to individual officers on how to process passengers, and, the release of such information would reveal law enforcement procedures and techniques; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, names or other identifying information of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties; and, Exemption (b)(7)(E) – information withheld pertains to law enforcement procedures and techniques – the disclosure of administrative procedures, steps/guidelines to follow, in regard to the operational responsibilities discussed and assigned to CBP personnel would risk circumvention of the law. |
| 11 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record – IO95 Inspection Results (09/24/2001) | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency (both "low 2" – internal matters of a relatively trivial nature and "high 2" – more substantial internal matters, the disclosure of which would risk circumvention of a legal requirement) – under "low 2," case and file numbers, data processing and computer |

| | | | | |
|---|---|---|---|---|
| | | | | codes/fields, inspector identification number, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of TECS system; under "high 2," information withheld pertains to instructions to individual officers on how to process passengers, and, the release of such information would reveal law enforcement procedures and techniques; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, names or other identifying information of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties; and, Exemption (b)(7)(E) – information withheld pertains to law enforcement procedures and techniques – the disclosure of administrative procedures, steps/guidelines to follow, in regard to the operational responsibilities discussed and assigned to CBP personnel would risk circumvention of the law. |
| 12 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record – IO95 Inspection Results (03/20/2000) | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency (both "low 2" – internal matters of a relatively trivial nature and "high 2" – more substantial internal matters, the disclosure of which would risk circumvention of a legal requirement) – under "low 2," case and file numbers, data processing and computer codes/fields, inspector identification number, key strokes and function codes of internal agency |

| | | | | |
|---|---|---|---|---|
| | | | | system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of TECS system; under "high 2," information withheld pertains to instructions to individual officers on how to process passengers, and, the release of such information would reveal law enforcement procedures and techniques; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, names or other identifying information of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties; and, Exemption (b)(7)(E) – information withheld pertains to law enforcement procedures and techniques – the disclosure of administrative procedures, steps/guidelines to follow, in regard to the operational responsibilities discussed and assigned to CBP personnel would risk circumvention of the law. |
| 13 | Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP) Washington DC | Treasury Enforcement Communication System (TECS) record – IO95 Inspection Results (02/01/2000) | 1 | Information withheld in part pursuant to Exemption (b)(2) -- internal rules and practices of the agency (both "low 2" – internal matters of a relatively trivial nature and "high 2" – more substantial internal matters, the disclosure of which would risk circumvention of a legal requirement) – under "low 2," case and file numbers, data processing and computer codes/fields, key strokes and function codes of internal agency system were withheld because these administrative markings are purely internal and the release could jeopardize the integrity of |

|  |  |  |  | TECS system; under "high 2," information withheld pertains to instructions to individual officers on how to process passengers, and, the release of such information would reveal law enforcement procedures and techniques; Exemptions (b)(6), (b)(7)(C)– based on privacy considerations, names or other identifying information of CBP personnel were withheld to protect CBP employees from unnecessary, unofficial questioning and harassment as to the conduct of their duties – such information does not shed light on how CBP performs its statutory duties; and, Exemption (b)(7)(E) – information withheld pertains to law enforcement procedures and techniques – the disclosure of administrative procedures, steps/guidelines to follow, in regard to the operational responsibilities discussed and assigned to CBP personnel would risk circumvention of the law. |
|---|---|---|---|---|

\* One (1) page referred to CBP and identified as Passenger Activity Report Selection Criteria was disclosed to Plaintiff in full, with no redactions.