UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RASHAD AHMAD REFAAT EL BADRAWI : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:07-cv-372 (JCH) |
| : | |
| DEPARTMENT OF HOMELAND : | |
| SECURITY, ET AL., : | SEPTEMBER 24, 2008 |
|     Defendants : | |

**ORDER RE: MOTION FOR LEAVE TO FILE <u>EX PARTE</u>, <u>IN CAMERA</u> CLASSIFIED DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT U.S. DEPARTMENT OF STATE**

In its Motion for Leave to File Supplemental Declaration [Doc. No. 89], defendant U.S. Department of State ("DOS") seeks, <u>inter alia</u>, to submit, <u>ex parte</u> and <u>in camera</u>, a classified declaration in support of its Motion for Summary Judgment [Doc. No. 20]. Plaintiff Rashad Ahmad Refaat El Badrawi ("El Badrawi") does not contest DOS's request for <u>in camera</u> review of the classified declaration. El Badrawi does, however, object to <u>ex parte</u> review on the grounds that his counsel, Attorney Ramzi Kassem, has the requisite security clearance and should be allowed to review the declaration in order to uphold the integrity of the adversarial process.

Generally, a person may be granted access to classified information only if three independent conditions are satisfied: 1) a favorable determination for eligibility for access has been made [<u>i.e.</u>, a security clearance]. . . ; 2) the person has signed an approved non-disclosure agreement; and 3) the person has a need-to-know the information. <u>See</u> Executive Order 13,292, 68 Fed. Reg. 15315 § 4.1(a) (Mar. 28, 2003).

Of the three conditions, the only dispute is whether Attorney Kassem has a need-to-know the information contained in the classified declaration. Because Attorney

Kassem's need-to-know rests on the contents of the classified declaration, the court declines to rule on this aspect of DOS's Motion to File Supplemental Declaration [Doc. No. 89] without first reviewing its contents.

Thus, the court will review the classified declaration <u>ex parte</u> and <u>in camera</u>. If, however, the court finds Attorney Kassem has a need-to-know the contents of the classified declaration, he will be given the opportunity to review the declaration and advocate on behalf of his client.

Consequently, it is ORDERED that if DOS still wishes to submit the classified declaration under the above-described possibility, the court will review it on **SEPTEMBER 25, 2008**. Attorney Lisa Perkins shall call chambers on the morning of the 25th to schedule an <u>in camera</u> review for a set time that afternoon.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of September, 2008.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge