# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RASHAD AHMAD REFAAT EL BADRAWI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:07cv372 (JCH) |
| | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | February 10, 2009 |

### NOTICE OF FILING OF SUPPLEMENTAL *VAUGHN* INDEX
### BY IMMIGRATION AND CUSTOMS ENFORCEMENT

Defendant, United States Department of Homeland Security ("DHS"), through

component Immigration and Customs Enforcement ("ICE"), by and through its undersigned

counsel, hereby respectfully files the attached Supplemental Index pursuant to the Court's Ruling

Re: *In Camera* Review dated January 13, 2009 (Doc. 129).  Although ICE recently filed a motion

for enlargement of time and for clarification of the Court's Ruling regarding the scope of the

supplemental index required, it is filing today what it believes in good faith to be the full

supplemental index intended by the Court's ruling.

Respectfully submitted,

NORA R. DANNEHY
UNITED STATES ATTORNEY
/s/
LISA E. PERKINS
ASSISTANT U.S. ATTORNEY
450 MAIN STREET
HARTFORD, CT 06103
FEDERAL BAR # ct23164
Phone:  860-947-1101
Fax:  860-760-7979
E-mail:  lisa.perkins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2009, a copy of foregoing Notice was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/
LISA E. PERKINS
ASSISTANT U.S. ATTORNEY
450 MAIN STREET
HARTFORD, CT 06103
FEDERAL BAR # ct23164